Leo M. PARAVATI, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2014–3082.

United States Court of Appeals, Federal Circuit.

July 28, 2014.

R. Wayne JOHNSON, Claimant–Appellant,

v.

Sloan D. GIBSON, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7098.

United States Court of Appeals, Federal Circuit.

July 30, 2014.

Harvey Bradford Harris, Attorney, Harris Federal Law Firm, Lexington, KY, for Petitioner.

Meen Geu Oh, Trial Attorney, Department of Justice, Washington, DC, for Respondent.

**ON MOTION**

**ORDER**

Upon consideration of Leo M. Paravati's unopposed motion to withdraw his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.